

ACCEPTED
14-15-00024-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 9:30:32 AM
CHRISTOPHER PRINE
CLERK

GRETCHEN SWEEN

515 Congress Avenue, Suite 1900 | Austin, TX 78701

Phone 512.708.1000 | Fax 512.708.1002

www.beckredden.com

gsween@beckredden.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/5/2015 9:30:32 AM

CHRISTOPHER A. PRINE
Clerk

November 5, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:  Court of Appeals Number 14-15-00024-CV; Trial Court Case Number D-1-GN-11-001 030; Appellant/Cross-Appellee Microsoft Corporation v. Appellee/Cross-Appellant Michael Mercieca

Dear Mr. Prine:

We write to inform the court of a change regarding oral argument. Eric Nichols would like to present the opening argument for Appellant/Cross-Appellee Microsoft Corporation and Gretchen Sween will present the rebuttal argument. Thank you for your assistance.

Most sincerely,

Gretchen S. Sween